WILLIAM T. COWIN, as Trustee of THE PRUDENCE COMPANY, INC., Debtor in Reorganization under Section 77B of the Bankruptcy Act, Respondent, *v.* NATHAN S. JONAS et al., Defendants, and MORGAN D. WHEELOCK et al., as Executors of WILLIAM H. WHEELOCK, Deceased et al., Defendants-Appellants.

Argued October 19, 1944; decided November 22, 1944.

*John A. Kelly* for appellants.
*Harold Harper, Joseph Nemerov, Arthur R. Gaetjens* and *Joseph L. Delaney* for respondent.

Order affirmed, with costs; no opinion. Questions certified answered in the negative.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.